Brett M. Anders, Esq. (Bar ID #015201997)
Kurt J. Ferdenzi, Esq. (Bar ID #2336142021)
JACKSON LEWIS P.C.
200 Connell Drive, Suite 2000
Berkeley Heights, New Jersey 07922
(908) 795-5200
ATTORNEYS FOR DEFENDANT

*Clerk is directed to close file.*

**SO ORDERED:** _____

**DATED:** 11/9/23

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| LINDSEY KING and KRISTIN O'BOYLE,<br><br>Plaintiffs,<br><br>v.<br><br>LCB SENIOR LIVING,<br><br>Defendant. | Civil Action No.: 3:23-cv-74<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE AND NO AWARD OF COSTS OR FEES** |

It is hereby stipulated and agreed by and between Plaintiff Kristin O'Boyle ("Plaintiff O'Boyle") and Defendant LCB Senior Living ("Defendant"), through their undersigned counsel, who are authorized to enter this stipulation, that Plaintiff O'Boyle's claims in this action against Defendant are dismissed in their entirety, with prejudice, and without costs or attorneys' fees. As Plaintiff King's claims have already been dismissed, the parties stipulate that this matter is dismissed in its entirety.

Donald A. Soutar, Esq.
COYLE & MORRIS, LLP
201 Littleton Road, Suite 210
Morris Plains, NJ 07950
Phone: (973) 370-3218

By: _____
    Donald A. Soutar, Esq.
    Attorney for Plaintiff

Dated: November 6, 2023

4870-4991-6020, v. 2

Brett M. Anders, Esq.
Jackson Lewis P.C.
200 Connell Drive, Suite 2000
Berkeley Heights, NJ 07922
Phone: (908) 538-6890

By: *s/ Brett M. Anders*
    Brett M. Anders, Esq.
    Attorneys for Defendants

Date: November 6, 2023